JS-6

E-FILED: 8-1-2011

FREEDMAN & TAITELMAN, LLP
BRYAN J. FREEDMAN (SBN 151990)
bfreedman@ftllp.com
JESSE KAPLAN (SBN 255059)
jkaplan@ftllp.com
1901 Avenue of the Stars, Suite 500
Los Angeles, California 90067
Tel.: (310) 201-0005
Fax: (310) 201-0045

**NOTE CHANGES MADE BY THE COURT.**

Attorneys for Plaintiff HOLLYWOODLIFE.COM, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLYWOODLIFE.COM, LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ERIK JENSEN, an individual d/b/a www.celebritygoof.com; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV11- 02601 PSG (MANx)<br><br>**[~~PROPOSED~~] JUDGMENT** |

-1-
[PROPOSED] JUDGMENT

1   IT IS HEREBY IS ORDERED AND ADJUDGED that Erik Jensen
2   ("Jensen") is liable to plaintiff Hollywoodlife.com, LLC ("Plaintiff") for
3   Copyright Infringement under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*
4   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that
5   judgment shall be entered in favor of Plaintiff, and against Defendant, in the
6   amount of Thirty Two Thousand Four Hundred and 00/100 dollars ($32,400.00),
7   plus interest thereon at a rate of ~~10~~ .21% per annum until paid.
8   IT IS FURTHER ORDERED AND ADJUDGED that Defendant, his
9   agents, servants, employees, officers, successors and assigns, and all persons or
10  entities acting in concert or participation with Defendant or on Defendant's
11  behalf, are permanently enjoined, restrained and prohibited from reproducing,
12  distributing, performing, publicly displaying, or making into a derivative work
13  any original content or portion of any content that is posted on or otherwise found
14  on www.HollywoodLife.com, including but not limited to, articles, all literary
15  works, photographs and artwork.

18  August  1 , 2011                    _____
19                                      The Honorable Philip S. Gutierrez
20                                      United States District Judge

-2-
[PROPOSED] JUDGMENT